**United States District Court**

**Southern District of Alabama**

**United States Courthouse**

**113 St. Joseph Street**

**Mobile, Alabama 36602**

Virgil Pittman
*Senior Judge*

October 13, 2004

Judge Mary M. Lisi, Chair
Judicial Conference of the United States
 Committee on Financial Disclosure
Suite 2-301
One Columbus Circle, N.E.
Washington, DC  20544

Re:  2003 Financial Disclosure Report Amendment

Dear Judge Lisi:

        This amendment to the 2003 report is being filed in response to your letter of inquiry dated August 2, 2004.  I would have responded sooner but, unfortunately, I have no record of receiving that original letter.  However, I did receive a copy of your letter from George D. Reynolds, Staff Counsel on October 12, 2004.  Copies of both letters are attached.

        In response to the issues cited in paragraphs 2 and 3 of your letter, I have attached a page that was inadvertently omitted from the original filing.

        In response to the issues cited in paragraph 4 of your letter, I have attached a supplemental schedule disclosing the information requested.

        If you require any other information, please let me know.

Thomas V. Pittman

Enclosures

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | PITTMAN, THOMAS V | 5/11/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) PITTMAN, THOMAS V | 2. Court or Organization SOUTHERN DISTRICT OF ALABAMA | 3. Date of Report 5/11/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) SENIOR U.S. DISTRICT JUDGE | 5. ReportType (check appropriate type)  ○ Nomination, Date  ○ Initial  ● Annual  ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address ROOM 401, U. S. COURTHOUSE 113 ST. JOSEPH STREET MOBILE, ALABAMA 36602 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. MEMBER, BOARD OF TRUSTEES | SAMFORD UNIVERSITY, BIRMINGHAM, ALABAMA |
| 2. MEMBER, BOARD OF TRUSTEES | BAPTIST OAKS (APTS.), MOBILE, ALABAMA |
| 3. TRUSTEE | ████ TRUST U/W |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |



| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>PITTMAN, THOMAS V | Date of Report<br><br>5/11/2004 |
| --- | --- | --- |

## III. NON-INVESTMENT INCOME.  (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE**  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
| --- | --- | --- |
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE**  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |

## IV. REIMBURSEMENTS  – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children.  See pp. 25-27 of instructions.)

☑ **NONE**  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. | |

| Name of Person Reporting | Date of Report |
|---|---|
| PITTMAN, THOMAS V | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income. assets, or transactions) | | | | | | | | | |
| 1. COMPASS BANK (CHECKING) | A | Interest | J | T | | | | | |
| 2. SCUDDER MANGD MUNI BD (FORMERLY AARP TX FREE) | A | Interest | K | T | | | | | |
| 3. ARMY AVAITION CENTER FEDERAL CREDIT UNION (SVGS) | A | Interest | J | T | | | | | |
| 4. COMPASS BANK (MONEY MARKET) | A | Interest | J | T | | | | | |
| 5. REGIONS BANK (CD) | C | Interest | | | MATURED | 06/23 | L | | |
| 6. MORGAN KEEGAN/REGIONS (TREAS. MNY MKT) | A | Dividend | J | T | | | | | |
| 7. LINCOLN NATIONAL (ANNUITY) | D | Interest | M | T | | | | | |
| 8. NATIONWIDE (ANNUITY) | C | Interest | M | T | | | | | |
| 9. AMSOUTH BANK (CHECKING) | A | Interest | J - | T | | | | | |
| 10. COLONIAL BANK (CD) | B | Interest | | | MATURED | 04/17 | L | | |
| 11. COLONIAL BANK (CD) | B | Interest | | | MATURED | 04/17 | L | | |
| 12. AMSOUTH BANK (CD) | B | Interest | K | T | | | | | |
| 13. COMPASS BRKG (FNMA GTD REMIC) | C | Interest | | | REDEEMED | 06/25 | L | | |
| 14. COMPASS EXPEDITION FUNDS (MNY MKT) | A | Dividend | | | CLOSED | 06/25 | J | | |
| 15. SCHWAB ACCOUNT # 1 | | | | | | | | | |
| 16. MANAGER'S INTL EQUITY FUND A | A | Dividend | J | T | | | | | |
| 17. PIMCO LOW DURATION FUND | B | Dividend | K | T | PART SOLD | 12/03 | K | A | |
| 18. SCHWAB GOVERNMENT MONEY MARKET FUND | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PITTMAN, THOMAS V | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS – income. value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy. sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. MANAGER'S CAP APPREC FUND | | None | J | T | | | | | |
| 20. MANAGER'S SPECIAL EQUITY FUND | | None | J | T | | | | | |
| 21. PIMCO REAL RETURN FUND | B | Dividend | K | T | BUY | 12/3 | K | | |
| 22. TRUST A | D | Interest | M | T | | | | | |
| 23. - AMERICAN ELECTRIC POWER COM STK | | | | | PART SOLD | 01/13 | J | A | |
| 24. - DUKE ENERGY CORP COM STK | | | | | | | | | |
| 25. - RMK SELECT GROWTH FUND A | | | | | | | | | |
| 26. - RMK SELECT VALUE FUND A | | | | | | | | | |
| 27. - WISCONSIN ENERGY COM STK | | | | | PART SOLD | 12/22 | J | C | |
| 28. - CASH IN TRUST A | | | | | | | | | |
| 29. TRUST B | D | Interest | N | T | | | | | |
| 30. - U S TREASURY NOTES | | | | | | | | | |
| 31. - A T & T COM STK | | | | | | | | | |
| 32. - ALLEGHNEY ENERGY COM STK | | | | | SOLD | 01/13 | J | A | |
| 33. - BELLSOUTH CORP COM STK | | | | | | | | | |
| 34. - COMCAST CORP COM STK | | | | | | | | | |
| 35. - FPL GROUP INC COM STK | | | | | | | | | |
| 36. - RMK SELECT GROWTH FUND A | | | | | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | PITTMAN, THOMAS V | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS  – income. value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell. merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37.  - RMK SELECT VALUE FUND A | | | | | | | | | |
| 38.  - RMK SELECT AGGRESSIVE GROWTH FUND | | | | | | | | | |
| 39.  - SBC COMMUNICATION INC COM STK | | | | | | | | | |
| 40.  - VERIZON COMMUNIC COM STK | | | | | | | | | |
| 41.  - TRUST B MONEY MARKET FUNDS | | | | | | | | | |
| 42. CHEVRONTEXACO CORP COM STK | A | Dividend | K | T | | | | | |
| 43. AMSOUTH CHECKING (X) | A | Interest | J | T | | | | | |
| 44. EDWARD JONES ACCT # 1 | | | | | | | | | SEE NOTE IN PART VII |
| 45.  - CASH IN EDWARD JONES ACCT # 1 | A | Interest | J | T | OPENED | 02/25 | J | | |
| 46.  - GREENPOINT BANK CD | A | Interest | K | T | BUY | 02/25 | K | | |
| 47.  - COMMERCIAL CAP BANK CD | A | Interest | K | T | BUY | 04/25 | K | | |
| 48.  - PEOPLES BANK CD | A | Interest | K | T | BUY | 03/26 | K | | |
| 49.  - ACACIA FED SVGS BANK CD | A | Interest | K | T | BUY | 04/28 | K | | |
| 50.  - CAPITAL ONE BANK CD | A | Interest | K | T | BUY | 07/15 | K | | |
| 51.  - KEY BANK CD | A | Interest | K | T | BUY | 04/25 | K | | |
| 52.  - MBNA AMERICA BANK CDS | B | Interest | M | T | BUY | 07/08 | M | | |
| 53.  - DE SOTO TEX G.O. BOND | A | Interest | K | T | BUY | 03/11 | K | | |
| 54.  - DE SOTO TEX CERTS OF OBLIGATION | A | Interest | K | T | BUY | 03/11 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2.500 | C = $2,501-$5.000 | D = $5,001-$15.000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50.001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50.000 | L = $50,001-$100,000 | M = $100.001-$250,000 | |
| (See Columns C1 and D3) | N = $250.000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PITTMAN, THOMAS V | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. | - GENERAL ELEC CAP CORP BOND | A | Interest | K | T | BUY | 04/25 | K | | |
| 56. | - FEDERAL HOME LOAN MTG CORP NOTES | A | Interest | J | T | BUY | 03/11 | K | | |
| 57. | EDWARD JONES ACCT # 2 | | | | | | | | | SEE NOTE IN PART VIII |
| 58. | - CASH IN EDWARD JONES ACCT # 2 | A | Interest | J | T | OPENED | 07/25 | J | | |
| 59. | - HOUSEHOLD BANK CD | A | Interest | K | T | BUY | 07/25 | K | | |
| 60. | - DISCOVER BANK CD | A | Interest | K | T | BUY | 07/25 | K | | |
| 61. | - CAPITAL ONE BANK CD | A | Interest | K | T | BUY | 07/25 | K | | |
| 62. | - FEDERAL HOME LOAN CORP NOTES | A | Interest | K | T | BUY | 07/25 | K | | |
| 63. | SCHWAB ACCT.# 2 | | | | | | | | | SEE NOTE IN PART VIII |
| 64. | - SCHWAB MUNI MONEY FUND | A | Interest | L | T | BUY | 04/22 | L | | |

1. Income/Gain Codes: (See Columns B1 and D4)    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000    N = $250,000-$500,000    O = $500,000-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000    P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes: (See Column C2)    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market    U = Book Value    V = Other    W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | PITTMAN, THOMAS V | 5/11/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

ITEM 44 - ASSETS IN THIS ACCOUNT WERE ACQUIRED WITH PROCEEDS FROM MATURITY OF ITEM 5, MATURITY OF ITEM 10 AND PROCEEDS FROM SALE OF PERSONAL RESIDENCE.

ITEM 57 - ASSETS IN THIS ACCOUNT WERE ACQUIRED WITH PROCEEDS FROM REDEMPTION OF ITEM 13.

ITEM 63 - ASSETS IN THIS ACCOUNT WERE ACQUIRED WITH PROCEEDS FROM MATURITY OF ITEM 11.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | PITTMAN, THOMAS V | 5/11/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date __5/12/04__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544